

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 3, 2023

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Upon referral from Judge Rearden, this request is GRANTED. SO ORDERED.
Dated: 5/4/2023

*[signature]*

Re: United States v. Jarod Ottley
    Case No. 23-201 (JHR)

Dear Judge Rearden:

    I represent Jarod Ottley in the above matter. Jarod Ottley is requesting permission to travel to the Northern District of New York on May 11, 2023 and May 13, 2023 to attend both his daughter's graduation ceremonies and celebrations. Mr. Ottley will not be staying overnight for these events, but he will be traveling up for the event and coming back to his residence both days. We are respectfully requesting a modification in Mr. Ottley's bail in order for him to attend this event. The Government and Pretrial Service Officer (PTSO), Maralon Ovalles, have no objection to this request.

    Should Your Honor grant this request, Mr. Ottley will arrange his travel and time to leave and return to his home with PTSO Ovalles. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Jarod Ottley*

cc:   Derek Wikstrom, AUSA
      Kedar Sanjay Bhatia, AUSA
      Rebecca Talia Dell, AUSA
      Marlon Ovalles, USPTSO