UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JAROD OTTLEY,

                Defendant.

23 Crim. 201

ORDER

JENNIFER H. REARDEN, District Judge:

       Per Defendant's request on consent of the Government (ECF No. 25), the sentencing proceeding in this matter previously scheduled for **July 24, 2023, at 1:00 P.M.**, is ADJOURNED to **August 8, 2023, at 12:15 P.M.**  The sentencing proceeding shall take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  By July 25, 2023, Defendant shall file his sentencing submission.  By August 1, 2023, the Government shall file its submission.

       The Clerk of Court is directed to terminate ECF No. 25.

       SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                                       JENNIFER H. REARDEN
                                                       United States District Judge