

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

August 8, 2023

*Via ECF*
Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2023
```

Re: United States v. Jarod Ottley
Case No. 23-cr-201 (JHR)

Dear Judge Rearden:

I represent Jarod Ottley in the above matter. Mr. Ottley was sentenced today before Your Honor to a sentence of probation. Pretrial Services currently has custody of Mr. Ottley's passport. We are respectfully requesting that Your Honor issue an order directing Pretrial Services to return the passport to Mr. Ottley. Pretrial Service Officer ("PTSO") Marlon Ovalles and AUSA Rebecca Dell have no objection to this request.

Your Honors time and consideration to this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Jarod Ottley*

cc:  Derek Wikstrom, AUSA
Kedar S. Bhatia, AUSA
Rebecca T. Dell, AUSA
Marlon Ovalles, PTSO

Application (ECF No. 32) GRANTED.  SO ORDERED.

*Jennifer H. Rearden*

August 11, 2023