

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

August 23, 2023

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/23/2023

Re: United States v. Jarod Ottley
Case No. 23-201 (JHR)

Dear Judge Rearden:

      I represent Jarod Ottley in the above matter. Sentencing was held before Your Honor on August 8, 2023, and he received a sentence of probation. Mr. Ottley is respectfully requesting a modification to his bail while on probation. Prior to the charges brought in this matter, Mr. Ottley and his wife purchased plane tickets and made hotel reservations to attend the wedding of his niece in Cancun. He would be traveling from John F. Kennedy Airport, Queens, New York to Cancun and staying there from September 6 to September 14, 2023. Mr. Ottley and his wife have reservations to stay at the Moon Palace resort.

      While on pretrial release, Mr. Ottley was 100% compliant, and even started paying back his restitution.

      For the reasons set forth above, we are respectfully requesting an Order permitting Mr. Ottley to travel to Cancun on the dates set forth above. AUSA Rebecca Dell, on behalf of the Government, opposes this request, and PO Jaquita Mitchell does not consent to the proposed international travel, as it is the policy of US Probation "that travel is prohibited during the initial assessment period (first 60 days of supervision)". Should Your Honor grant this request, Mr. Ottley will arrange his travel and time to leave and return to his home with PO Mitchell, as well as providing her with all his travel details.

Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Jarod Ottley*

cc:  Derek Wikstrom, AUSA
     Kedar Sanjay Bhatia, AUSA
     Rebecca Talia Dell, AUSA
     Jaquita Mitchell, PO

Application DENIED.  The Clerk of Court is directed to terminate ECF No. 35.
SO ORDERED.

August 23, 2023