**MEMO ENDORSED**



NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

November 9, 2023

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Jarod Ottley
*23-cr-201*

Dear Judge Rearden,

     I represented Jarod Ottley in the above matter. Mr. Ottley was sentenced before Your Honor on August 8, 2023 and received a sentence of probation. Mr. Ottley is respectfully requesting permission from the Court to travel over the Christmas holiday. Specifically, he and his wife will be traveling to Orlando, Florida from December 20, 2023 to December 27, 2023 and will be spending the holidays with his family in an Airbnb. From Orlando, Mr. Ottley and his wife intend to travel to Trinidad to tend to his mother-in-law, who is ill. He will travel to Trinidad on December 27, 2023 and will return to his home on January 4, 2024.

     Mr. Ottley has been 100% compliant while on probation thus far and has been making restitution payments to the SBA in a timely manner. Mr. Ottley's probation officer, Lisa Famulero, has no objection to this request. Ms. Famulero has indicated to the undersigned counsel that she is in receipt of his travel itinerary. The Government also has no objection to Mr. Ottley's request.

     Your Honor's time and consideration of this request is greatly appreciated.

Sincerely,

*[signature]*

Lorraine Gauli-Rufo, Esq.
Attorney for Jarod Ottley

cc: Derek Wikstrom, AUSA
    Kedar Sanjay Bhatia, AUSA
    Rebecca Talia Dell, AUSA
    Lisa Famulero, USPO

Application GRANTED. Defendant's bail conditions are hereby modified to permit travel with his wife to (1) Orlando, Florida, from December 20, 2023 to December 27, 2023; and (2) Trinidad, from December 27, 2023 to January 4, 2024.

Defendant shall report daily to Pretrial Services during the foregoing trips.

All other conditions of bail shall remain in effect.

The Clerk of Court is directed to terminate ECF No. 42.

SO ORDERED.

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: November 9, 2023