

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

January 23, 2024

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED.  Defendant's bail conditions are hereby modified to permit travel to Trinidad from January 26, 2024 until February 10, 2024 for the purposes stated herein.  Defendant shall report daily to Pretrial Services during his trip.  All other conditions of bail shall remain in effect.
>
> The Clerk of Court is directed to terminate ECF No. 44.
>
> SO ORDERED.
>
> Jennifer H. Rearden, U.S.D.J.
> Date: January 23, 2024

Re: United States v. Jarod Ottley
   23-cr-201

Dear Judge Rearden,

   I represented Jarod Ottley in the above matter. Mr. Ottley was sentenced before Your Honor on August 8, 2023 and received a sentence of probation. Mr. Ottley is respectfully requesting permission from the Court to travel internationally. Specifically, Mr. Ottley is requesting that he be permitted to travel to Trinidad this coming Friday, January 26, 2024 until February 10, 2024 so he and his wife may tend to his mother-in-law's affairs, as she has just passed away. Mr. Ottley has purchased tickets and his proposed itinerary will be provided to Probation.

   Mr. Ottley's probation officer, Lisa Famulero, has no objection to this request. The Government also has no objection to Mr. Ottley's request.

   Your Honor's time and consideration of this request is greatly appreciated.

                                            Sincerely,

                                            Lorraine Gauli-Rufo, Esq.
                                            Attorney for Jarod Ottley

cc:  Derek Wikstrom, AUSA
     Kedar Sanjay Bhatia, AUSA
     Rebecca Talia Dell, AUSA
     Lisa Famulero, USPO