

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

April 24, 2024

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

<div style="color:blue">
Application denied without prejudice to renewal upon determination of definitive departure and return dates for Mr. Ottley's planned travel.

The Clerk of Court is directed to terminate ECF No. 46.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 24, 2024
</div>

Re: United States v. Jarod Ottley
    23-cr-201

Dear Judge Rearden,

    I represented Jarod Ottley in the above matter. Mr. Ottley was sentenced before Your Honor on August 8, 2023 and received a sentence of probation. Mr. Ottley is respectfully requesting permission from the Court to travel internationally. Specifically, Mr. Ottley is requesting that he be permitted to travel to Trinidad to accompany his wife to settle some legal matters pertaining to his deceased mother-in-law's estate. They will be traveling to Trinidad around June 10th and returning around June 25th, 2024 if all goes to plan with the estate lawyer. Once Mr. Ottley obtains his itinerary he will provide it to Probation.

    Mr. Ottley's probation officer, Lisa Famularo, has no objection to this request. AUSA Derek Wikstrom, on behalf of the Government defers to probation.

    Your Honor's time and consideration of this request is greatly appreciated.

Sincerely,

Lorraine Gauli-Rufo, Esq.
Attorney for Jarod Ottley

cc:  Derek Wikstrom, AUSA
     Lisa Famulero, USPO