

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

April 26, 2024

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED. Defendant's bail conditions are hereby modified to permit travel to Trinidad from **June 10, 2024** until **June 26, 2024** for the purposes stated herein. Defendant shall report daily to Pretrial Services during his trip. All other conditions of bail shall remain in effect.
>
> The Clerk of Court is directed to terminate ECF No. 48.

Re: United States v. Jarod Ottley
    *23-cr-201*

> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: April 26, 2024

Dear Judge Rearden,

    I represented Jarod Ottley in the above matter. Mr. Ottley was sentenced before Your Honor on August 8, 2023 and received a sentence of probation. Mr. Ottley is respectfully requesting permission from the Court to travel internationally. Specifically, Mr. Ottley is requesting that he be permitted to travel to Trinidad to accompany his wife to settle some legal matters pertaining to his deceased mother-in-law's estate. They will be traveling to Trinidad on June 10th and returning June 26th, 2024. Mr. Ottley has provided his itinerary to Probation.

    Mr. Ottley's probation officer, Lisa Famularo, has no objection to this request. AUSA Derek Wikstrom, on behalf of the Government defers to probation.

    Your Honor's time and consideration of this request is greatly appreciated.

Sincerely,

Lorraine Gauli-Rufo, Esq.
Attorney for Jarod Ottley

cc: Derek Wikstrom, AUSA
    Lisa Famulero, USPO