By **February 24, 2025**, Defendant shall submit an updated CJA 23 form that demonstrates his continued entitlement to the appointment of counsel.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 19, 2025



**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

February 13, 2025

*Via ECF*
Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                Re: United States v. Jarod Ottley
                    23-cr-201

Dear Judge Rearden,

    I represented Jarod Ottley in his federal criminal matter, in reference to the above matter. I was appointed pursuant to the Criminal Justice Act. Mr. Ottley was sentenced before Your Honor on August 8, 2023 and received a sentence of probation.

    Mr. Ottley reached out to my office requesting that I assist him with filing a motion to for early termination of probation. Therefore, we submit this letter respectfully requesting that Your Honor reappoint us to represent Mr. Ottley in his matter.

    Your Honor's time and consideration of this request is greatly appreciated.

                                  Sincerely,

                                  Lorraine Gauli-Rufo, Esq.
                                  Attorney for Jarod Ottley

cc: Rebecca Dell, AUSA
     Derek Wikstrom, AUSA
     Lisa Famulero, USPO