

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ.

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

**Application DENIED.**

**On August 7, 2025 at 12:30 p.m.**, the Court will hold a conference to address compliance with Defendant Ottley's restitution obligation. The conference will take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: July 16, 2025

July 14, 2025

*Via ECF*
Hon. Jennifer H. Rearden
United States District Court Judge
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: USA v. Jarod Ottley
Case No. 23-cr-201

Dear Judge Rearden:

    I represented Mr. Ottley in the above-reference matter. Mr. Ottley is currently on supervised release. Mr. Ottley is respectfully requesting permission from the Court to travel from September 26, 2025 to September 30, 2025 to Negril, Jamaica with his wife. Mr. Ottley will coordinate all travel details and his itinerary with the Probation department. Charnice Perez, on behalf of Probation, has no objection to this request. Rebecca Dell, on behalf of the government, defers to Probation's position.

    Your Honor's time and attention to this matter is greatly appreciated.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

*Attorney for Jarod Ottley*

cc: Charnice Perez, USPO
    Rebecca Dell, AUSA